DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
REGINALD DODSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 11-458 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER RESETTING |
| v. ) | BRIEFING SCHEDULE AND J&S |
| ) | |
| REGINALD DODSON, ) | Date:  July 19, 2013 |
| Defendant ) | Time:  9:00 a.m. |
| ) | Judge: Hon. BURRELL |
| _____ ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney MICHAEL BECKWITH, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant REGINALD DODSON; that current date scheduled for May 10, 2013, be vacated and the matter be continued to this Court's criminal calendar on July 19, 2013, at 9:00 a.m, for judgement and sentencing.

It is further stipulated that the briefing schedule be reset as follows:

Judgement and Sentencing Date:        July 19, 2013

Reply or statement of No Opposition   July 12, 2013

Formal Objections                     July 5, 2013

```
1    Informal Objections                        June 28, 2013
2    Proposed Pre-Sentence Report               June 14, 2013
3
4        The Court is advised that all counsel have conferred about this
5    request, that they have agreed to the July 19, 2013 date, and that all
6    Counsel have authorized Ms. Santos to sign this stipulation on their
7    behalf.
8        IT IS SO STIPULATED.
9
10   Dated: May 7, 2013              /S/ Dina L. Santos
                                     DINA L. SANTOS
11                                   Attorney for Defendant
                                     Reginald Dodson
12
13
14
15   Dated: May 7, 2013              /S/ Michael Beckwith
                                     MICHAEL BECKWITH
                                     Assistant United States Attorney
16                                   Attorney for Plaintiff
17
                                 O R D E R
18
         IT IS SO ORDERED.
19   Dated:  May 10, 2013
```

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge