Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J St., Suite 350
Sacramento, CA 95814
(916) 447-0160

Attorney for Defendant,
Reginald Dodson

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR S 11-0458 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND PROPOSED ORDER SETTING MATTER FOR STATUS OF SENTENCING |
| vs. | ) |
| REGINALD DODSON, | ) |
| Defendant | ) |

The parties hereto stipulate that the judgment and sentencing hearing now set for November 15, 2013, be continued to February 14, 2014 at 9:00 a.m. for a hearing concerning status of sentencing.

DATED: November 13, 2013        /s/ Dina L. Santos
                                Attorney for Defendant,
                                Reginald Dodson

DATED: November 13, 2013        /s/ Michael M. Beckwith,
                                 Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  November 13, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1