Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J St., Suite 350
Sacramento, CA 95814
(916) 447-0160

Attorney for Defendant,
Reginald Dodson

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>REGINALD DODSON,<br><br>　　　　　Defendant | Case No. CR S 11-0458 GEB<br><br>STIPULATION AND PROPOSED ORDER SETTING MATTER FOR JUDGEMENT AND SENTENCING |

　　　The parties hereto stipulate that the judgment and sentencing hearing now set for May 7, 2014, be continued to August 1, 2014 at 9:00 a.m. for judgment and sentencing.

DATED: May 7, 2014　　　　　　　/s/ Dina L. Santos
　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　Reginald Dodson

DATED: May 7, 2014　　　　　　　/s/ Michael M. Beckwith,
　　　　　　　　　　　　　　　　 Assistant U.S. Attorney

IT IS SO ORDERED

Dated:  May 8, 2014

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　Senior United States District Judge

1