Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J St., Suite 350
Sacramento, CA 95814
(916) 447-0160

Attorney for Defendant,
Reginald Dodson

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REGINALD DODSON,<br><br>KADESTA HARRIS.<br><br>_____<br>Defendant | Case No. CR S 11-0458 GEB<br><br>STIPULATION AND PROPOSED ORDER SETTING MATTER FOR JUDGEMENT AND SENTENCING (Amended) |

   The parties hereto stipulate that the judgment and sentencing hearing now set for May 22, 2015, be continued to July 17, 2015 at 9:00 a.m. for judgment and sentencing.

DATED: May 21, 2015         /s/ Dina L. Santos
                  Attorney for Defendant,
                  Reginald Dodson

DATED:  May 21, 2015         /s/ J. Toney
                  Attorney for Defendant
                  Kadesta Harris

DATED: May 21, 2015         /s/ Michael M. Beckwith,
                   Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: May 22, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge